UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAOMI TORRES,

                    Plaintiff,          25-cv-10639 (JGK)

      - against -             ORDER

EUROFINS LANCASTER LABORATORIES
PROFESSIONAL SCIENTIFIC SERVICES,
LLC,

                  Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a revised Rule 26(f) report by **March 11, 2026.**

SO ORDERED.

Dated:    New York, New York
           February 24, 2026

                              John G. Koeltl
                  United States District Judge