# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

_Via ECF_

March 6, 2026

Hon. John G. Koeltl
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Application Granted.*
*So ordered.*
*3/12/26    [signature] 6/ ???*
*U.S.D.J.*

**Re:**     Torres v. Eurofins Lancaster Laboratories Professional Scientific Services, LLC, et al
Case No. 1:25-cv-10639-JGK

Dear Judge Koeltl,

We represent Defendants, Eurofins Lancaster Laboratories Professional Scientific Services, LLC, et al ("Defendants"). We submit this letter pursuant to Rule I.C of Your Honor's Individual Practices to request extension of time to file a revised Rule 26(f) report currently due by March 11, 2026 (Docket #9). There have been no previous requests for adjournment or extension. As this is an employment case alleging adverse action, the parties have been automatically referred to mediation (Docket #8). In light of the mediation order, we request an extension until after the parties have had an opportunity to participate in mediation. Plaintiff's counsel has consented to this request.

Thank you in advance for your consideration of this request.

Respectfully,
/s/ Warne Goodman
Warne Goodman
(914) 872-1121
warne.goodman@jacksonlewis.com
Jackson Lewis P.C.
_Attorney for Defendants_