UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAOMI TORRES,

                    Plaintiff(s)

             -against-

EUROFILMS LANCASTER LABORATORIES
PROFESSIONAL SCIENTIFIC SERVICES, LLC,

                 Defendant(s).
-------------------------------------------------------------X

                                  25 civ 10639 (JGK)

## ORDER

The conference scheduled for Tuesday, May 26, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

_____
          **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 20, 2026